**SO ORDERED.**

**SIGNED this 28 day of April, 2011.**

_____
JAMES P. SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JAMES C. LAKEMAN, | * | CHAPTER 7 |
| Debtor, | * | |
| | * | CASE NO. 10-31629 |
| JAMES C. LAKEMAN, | * | |
| Movant, | * | |
| v. | * | |
| | * | |
| THE FARMERS BANK, | * | |
| Respondent. | | |

### JUDGMENT AVOIDING JUDICIAL LIEN

The Movant having filed a Motion to Avoid Judicial Lien, the Respondent having failed to file a response, or if a response was filed it being either withdrawn or overruled, and the Movant being entitled to the entry of a judgment; it is the finding of the Court that Respondent holds a judicial lien on all property of the Debtors, and that the existence of said lien impairs exemptions to which the Debtors would be entitled under Georgia Law and that avoidance of the lien is necessary to preserve exemptions claimed by the Debtor.

*IT IS ACCORDINGLY*

*ORDERED, ADJUDGED, AND DECREED* that, pending Debtor's discharge, the judicial lien of Respondent be, and is hereby, declared avoided as a lien on all property of the Debtor. The lien will be void upon entry of Debtor's discharge.

~END OF DOCUMENT~

*ERNEST V. HARRIS*
*Bar No. 329700*
*Harris & Liken, L.L.P.*
*PO Box 1586, Athens, GA 30603*
*(706) 613-1953*